United States District Court
Southern District of Texas
**ENTERED**
October 19, 2015
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| GRADUATE MEDICAL | § | |
| EDUCATION DEVELOPMENT, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-2641 |
| | § | |
| ST. GEORGES UNIVERSITY, LTD, | § | |
| *et al.*, | § | |
| Defendants. | § | |

## ORDER

It is hereby **ORDERED** that Defendants' Unopposed Motion for Continuance

[Doc. # 8] is **GRANTED** and the initial conference is rescheduled to **December 9,**

**2015, at 2:00 p.m.**

SIGNED at Houston, Texas, this 19th day of **October, 2015**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE