IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRADUATE MEDICAL EDUCATION DEVELOPMENT, LLC | § § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION No. 4:15-cv-02641 |
| ST. GEORGE'S UNIVERSITY, LTD; ST. GEORGE'S UNIVERSITY, LLC; ST. GEORGE'S UNIVERSITY SCHOOL OF MEDICINE, INC.; and UNIVERSITY SUPPORT SERVICES, LLC | | |
| Defendants | | |

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants St. George's University, Ltd., St. George's University LLC, St. George's University School of Medicine, Inc., and University Support Services LLC state:

1. St. George's University Ltd.'s parent company is St. George's University LLC.

2. St. George's University LLC's parent company is St. George's University Holdings SRL.

3. University Support Services LLC's parent company is St. George's Group LP.

4. St. George's University School of Medicine, Inc.'s parent company is St. George's Group LP.

2

No publicly traded entity owns 10% or more of any stock of the four defendant entities identified above.

This filing is made without waiving any Rule 12(b) defenses including Rule 12(b)(2) objections to personal jurisdiction by defendants St. George's University LLC, St. George's University School of Medicine, Inc., and University Support Services LLC.

Dated:  November 11, 2015             Respectfully submitted,

By:  */s/  Melanie B. Rother*
NORTON ROSE FULBRIGHT US LLP
Melanie B. Rother
State Bar No. 24041826
Federal I.D. No. 39164
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Tel: 713.651.5151
Fax: 713.651.5246
melanie.rother@nortonrosefulbright.com

3

OF COUNSEL:

PROSKAUER ROSE LLP
Charles S. Sims*
Milton Otto*
11 Times Square
New York, NY 10036
Tel: 212.969.3950
Fax: 212.969.2900
csims@proskauer.com
*Pro hac vice to be filed

NORTON ROSE FULBRIGHT US LLP
Peter C. Tipps
State Bar No. 24070748
Federal I.D. No. 1070319
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Tel: 713.651.5151
Fax: 713.651.5246

## CERTIFICATE OF SERVICE

I certify that on November 11, 2015, a true and correct copy of this document was filed using the Court's Electronic Filing System and that service on known Filing Users, including those noted below, will be accomplished via ECF:

By:    /s/ Melanie B. Rother