IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRADUATE MEDICAL EDUCATION DEVELOPMENT, LLC | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION No. 4:15-cv-02641 |
| ST. GEORGE'S UNIVERSITY, LTD; ST. GEORGE'S UNIVERSITY, LLC; ST. GEORGE'S UNIVERSITY SCHOOL OF MEDICINE, INC.; and UNIVERSITY SUPPORT SERVICES, LLC | § § § § § § § | |
| Defendants | § | |

**DEFENDANT'S CERTIFICATE OF FINANCIALLY INTERESTED PERSONS**

In accordance with the Court's September 15, 2015 Order for Pretrial Conference, Defendants St. George's University, Ltd., St. George's University LLC, St. George's University School of Medicine, Inc., and University Support Services LLC (collectively, "SGU") file this Certificate of Financially Interested Persons.

SGU certifies that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities may be financially interested in the outcome of this case:

1. Graduate Medical Education Development, LLC – Plaintiff

2. Arvin Bagherpour, M.D. – Plaintiff's Chief Executive Officer

3. Pegah Poursaef – Plaintiff's President of Operations and General Counsel

2

4. Ramin Ahmadi, M.D., MPH – Plaintiff's Chair of Department of Medical Education and Research

5. Parvin Bagherpour – Unknown affiliation with Plaintiff

6. Dr. Arthur Tyler – Unknown affiliation with Plaintiff

7. St. George's University Ltd., a/k/a, St. George's University School of Medicine – Defendant

8. St. George's University LLC – Defendant

9. St. George's University School of Medicine, Inc. – Defendant

10. University Support Services LLC – Defendant

SGU will supplement this certificate if and when additional financially interested persons are known.

This filing is made without waiving any Rule 12(b) defenses including Rule 12(b)(2) objections to personal jurisdiction by defendants St. George's University LLC, St. George's University School of Medicine, Inc., and University Support Services LLC.

Dated:  November 11, 2015                                  Respectfully submitted,


                                                           By:  */s/  Melanie B. Rother*
                                                           NORTON ROSE FULBRIGHT US LLP
                                                           Melanie B. Rother
                                                           State Bar No. 24041826
                                                           Federal I.D. No. 39164
                                                           Fulbright Tower
                                                           1301 McKinney, Suite 5100
                                                           Houston, Texas  77010-3095
                                                           Tel: 713.651.5151
                                                           Fax: 713.651.5246
                                                           melanie.rother@nortonrosefulbright.com


OF COUNSEL:

PROSKAUER ROSE LLP
Charles S. Sims*
Milton Otto*
11 Times Square
New York, NY 10036
Tel: 212.969.3950
Fax: 212.969.2900
csims@proskauer.com
*Pro hac vice to be filed

NORTON ROSE FULBRIGHT US LLP
Peter C. Tipps
State Bar No. 24070748
Federal I.D. No. 1070319
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Tel: 713.651.5151
Fax: 713.651.5246

## **CERTIFICATE OF SERVICE**

I certify that on November 11, 2015, a true and correct copy of this document was filed using the Court's Electronic Filing System and that service on known Filing Users, including those noted below, will be accomplished via ECF:


By: __*/s/ Melanie B. Rother*__