UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 15-cv-02641 |
|---|---|---|---|

| GRADUATE MEDICAL EDUCATION DEVELOPMENT, LLC |
|---|
| *versus* |
| ST. GEORGE'S UNIVERSITY, LTD; ST. GEORGE'S UNIVERSITY, LLC; ST. GEORGE'S UNIVERSITY SCHOOL OF MEDICINE, INC. and UNIVERSITY SUPPORT SERVICES, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Charles S. Sims<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>212-969-3950, csims@proskauer.com<br>New York 1535640 |
|---|---|

| Name of party applicant seeks to appear for: | ST. GEORGE'S UNIVERSITY, LTD; ST. GEORGE'S UNIVERSITY, LLC; ST. GEORGE'S UNIVERSITY SCHOOL OF MEDICINE, INC. and UNIVERSITY SUPPORT SERVICES, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __    __ No __ ✓ __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/20/2015 | Signed: *Charles Sims* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:     Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____      _____
                                                               United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GRADUATE MEDICAL EDUCATION DEVELOPMENT, LLC, | Civil Action No. 15-cv-02641 |
| Plaintiff, | Hon. Nancy F. Atlas |
| v. | |
| ST. GEORGE'S UNIVERSITY, LTD; ST. GEORGE'S UNIVERSITY, LLC; ST. GEORGE'S UNIVERSITY SCHOOL OF MEDICINE, INC; and UNIVERSITY SUPPORT SERVICES, LLC, | **DECLARATION OF CHARLES S. SIMS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |
| Defendants. | |

CHARLES S. SIMS hereby states and declares,

1) I have familiarized myself with the Local Rules of the Southern District of Texas and the individual Court Procedures and Forms applicable to all cases before the Honorable Nancy F. Atlas.

October 20, 2015

_____