UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 15-cv-02641 |
|---|---|---|---|

| GRADUATE MEDICAL EDUCATION DEVELOPMENT, LLC |
|---|
| *versus* |
| ST. GEORGE'S UNIVERSITY, LTD; ST. GEORGE'S UNIVERSITY, LLC; ST. GEORGE'S UNIVERSITY SCHOOL OF MEDICINE, INC. and UNIVERSITY SUPPORT SERVICES, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Milton E. Otto<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>212-969-3350, motto@proskauer.com<br>New York 5062310 |
|---|---|

| Name of party applicant seeks to appear for: | ST. GEORGE'S UNIVERSITY, LTD; ST. GEORGE'S UNIVERSITY, LLC; ST. GEORGE'S UNIVERSITY SCHOOL OF MEDICINE, INC. and UNIVERSITY SUPPORT SERVICES, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/20/2015 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

**Order**            This lawyer is admitted *pro hac vice.*

Dated: _____     _____
                                    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GRADUATE MEDICAL EDUCATION DEVELOPMENT, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ST. GEORGE'S UNIVERSITY, LTD;<br>ST. GEORGE'S UNIVERSITY, LLC;<br>ST. GEORGE'S UNIVERSITY SCHOOL OF MEDICINE, INC; and<br>UNIVERSITY SUPPORT SERVICES, LLC,<br><br>        Defendants. | Civil Action No. 15-cv-02641<br><br>Hon. Nancy F. Atlas<br><br><br>**DECLARATION OF MILTON E. OTTO IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

        MILTON E. OTTO hereby states and declares,

        1)     I have familiarized myself with the Local Rules of the Southern District of Texas and the individual Court Procedures and Forms applicable to all cases before the Honorable Nancy F. Atlas.

October 20, 2015

_____