United States District Court
Southern District of Texas
**ENTERED**
November 12, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Graduate Medical Education Development, LLC | § § | |
| *versus* | § § | Civil Action 4:15−cv−02641 |
| St. George's University, LLC, et al. | § § | |

## Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on November 12, 2015, at Houston, Texas.

_____
Nancy F. Atlas
United States District Judge