IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GRADUATE MEDICAL EDUCATION DEVELOPMENT, LLC<br><br>Plaintiff,<br><br>v.<br><br>ST. GEORGE'S UNIVERSITY, LTD;<br>ST. GEORGE'S UNIVERSITY, LLC;<br>ST. GEORGE'S UNIVERSITY SCHOOL OF MEDICINE, INC; and<br>UNIVERSITY SUPPORT SERVICES, LLC<br><br>Defendants | CIVIL ACTION NO.: 4:15-cv-02641<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF GRADUATE MEDICAL EDUCATION DEVELOPMENT, LLC's
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Graduate Medical Education Development, LLC ("GMED") states:

1. There are no parent corporations or publicly held corporations owning 10% or more of its stock.

*Signature block on following page*

1

Dated: November 19, 2015  Respectfully submitted,

**THE LANIER LAW FIRM, P.C.**

By: *W. Mark Lanier*
W. Mark Lanier
State Bar No. 11934600
wml@lanierlawfirm.com
Eugene R. Egdorf
State Bar No. 06479570
gene.egdorf@lanierlawfirm.com
Jonathan P. Wilkerson
State Bar No. 24050162
jonathan.wilkerson@lanierlawfirm.com
Ryan D. Ellis
State Bar No. 24087470
ryan.ellis@lanierlawfirm.com

6810 FM 1960 West
Houston, TX 77069
Telephone:   713-659-5200
Facsimile:   713-659-2204

*ATTORNEYS FOR PLAINTIFF GRADUATE MEDICAL EDUCATION DEVELOPMENT, LLC*