IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRADUATE MEDICAL EDUCATION DEVELOPMENT, LLC | § § § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO.: 4:15-cv-02641 |
| | | JURY TRIAL DEMANDED |
| ST. GEORGE'S UNIVERSITY, LTD; ST. GEORGE'S UNIVERSITY, LLC; ST. GEORGE'S UNIVERSITY SCHOOL OF MEDICINE, INC; and UNIVERSITY SUPPORT SERVICES, LLC | | |
| Defendants | | |

## REQUEST FOR NOTICE OF FILINGS

The undersigned hereby requests that copies of all notices given or required to be given in this Case, and all papers served or required to be served in the Case, be given to and served upon the undersigned at the following address and by email to:

Jonathan P. Wilkerson
Jonathan.Wilkerson@lanierlawfirm.com


Robert Haas
robhaasesq@aol.com

Dated: November 19, 2015         Respectfully submitted,


                                        **THE LANIER LAW FIRM, P.C.**


                                        By: *W. Mark Lanier*
                                        W. Mark Lanier
State Bar No. 11934600
wml@lanierlawfirm.com
Eugene R. Egdorf
State Bar No. 06479570
gene.egdorf@lanierlawfirm.com
Jonathan P. Wilkerson
State Bar No. 24050162
jonathan.wilkerson@lanierlawfirm.com
Ryan D. Ellis
State Bar No. 24087470
ryan.ellis@lanierlawfirm.com

6810 FM 1960 West
Houston, TX 77069
Telephone:  713-659-5200
Facsimile:   713-659-2204

***ATTORNEYS FOR PLAINTIFF GRADUATE MEDICAL EDUCATION DEVELOPMENT, LLC***