IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRADUATE MEDICAL EDUCATION DEVELOPMENT, LLC | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION No. 4:15-cv-02641 |
| ST. GEORGE'S UNIVERSITY, LTD; ST. GEORGE'S UNIVERSITY, LLC; ST. GEORGE'S UNIVERSITY SCHOOL OF MEDICINE, INC.; and UNIVERSITY SUPPORT SERVICES, LLC | § § § § § § | |
| Defendants | § | |

## **REQUEST FOR NOTICE OF FILINGS**

The undersigned hereby requests that copies of all notices given or required to be given in this Case, and all papers served or required to be served in the Case, be given to and served upon the undersigned at the following address and by email to:

Peter C. Tipps
peter.tipps@nortonrosefulbright.com

Charles S. Sims
csims@proskauer.com

Milton E. Sims
motto@proskauer.com

35760300.1

Dated:  November 20, 2015

Respectfully submitted,

By:  */s/  Melanie B. Rother*
NORTON ROSE FULBRIGHT US LLP
Melanie B. Rother
State Bar No. 24041826
Federal I.D. No. 39164
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246
melanie.rother@nortonrosefulbright.com

Counsel for Defendants St. George's University, Ltd; St. George's University, LLC; St. George's University School of Medicine, Inc. and University Support Services, LLC

OF COUNSEL:

PROSKAUER ROSE LLP
Charles S. Sims\*
Milton E. Otto\*
11 Times Square
New York, NY 10036
Tel: (212) 969-3950
Fax: (212) 969-2900
csims@proskauer.com
motto@proskauer.com
\**Pro hac vice* application pending

NORTON ROSE FULBRIGHT US LLP
Peter C. Tipps
State Bar No. 24070748
Federal I.D. No. 1070319
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246
peter.tipps@nortonrosefulbright.com