IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRADUATE MEDICAL EDUCATION DEVELOPMENT, LLC | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION No. 4:15-cv-02641 |
| ST. GEORGE'S UNIVERSITY, LTD; ST. GEORGE'S UNIVERSITY, LLC; ST. GEORGE'S UNIVERSITY SCHOOL OF MEDICINE, INC.; and UNIVERSITY SUPPORT SERVICES, LLC | § § § § § § § | |
| Defendants | § § | |

## **DEFENDANTS' CERTIFICATE OF SERVICE**

I certify that on November 20, 2015, a true and correct copy of Defendants' Motion to Dismiss (Dkt. No. 25) was filed using the Court's Electronic Filing System and that service on known Filing Users associated with this case will be accomplished via ECF.

Respectfully submitted,

By: */s/ Melanie B. Rother*
NORTON ROSE FULBRIGHT US LLP
Melanie B. Rother
State Bar No. 24041826
Federal I.D. No. 39164
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246
melanie.rother@nortonrosefulbright.com

OF COUNSEL:

PROSKAUER ROSE LLP
Charles S. Sims*
Milton Otto*
11 Times Square
New York, NY 10036
Tel: (212) 969-3950
Fax: (212) 969-2900
csims@proskauer.com
*Pro hac vice application pending

NORTON ROSE FULBRIGHT US LLP
Peter C. Tipps
State Bar No. 24070748
Federal I.D. No. 1070319
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713)651-5151
Fax: (713) 651-5246

## CERTIFICATE OF SERVICE

I certify that on November 20, 2015, a true and correct copy of this document was filed using the Court's Electronic Filing System and that service on known Filing Users, including those noted below, will be accomplished via ECF:

    W. Mark Lanier
    Eugene R. Egdorf
    Jonathan P. Wilkerson
    Ryan D. Ellis
    The Lanier Law Firm, P.C.
    6810 FM 1960 West
    Houston, TX 77069

By:   /s/ Melanie B. Rother
        Melanie B. Rother