UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 15-cv-02641 |
|---|---|---|---|

| GRADUATE MEDICAL EDUCATION DEVELOPMENT, LLC |
|---|
| *versus* |
| ST. GEORGE'S UNIVERSITY, LTD; ST. GEORGE'S UNIVERSITY, LLC; ST. GEORGE'S UNIVERSITY SCHOOL OF MEDICINE, INC. and UNIVERSITY SUPPORT SERVICES, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Milton E. Otto<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>212-969-3350, motto@proskauer.com<br>New York 5062310 |
|---|---|

| Name of party applicant seeks to appear for: | ST. GEORGE'S UNIVERSITY, LTD; ST. GEORGE'S UNIVERSITY, LLC; ST. GEORGE'S UNIVERSITY SCHOOL OF MEDICINE, INC. and UNIVERSITY SUPPORT SERVICES, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 10/20/2015     Signed: [signature]

The state bar reports that the applicant's status is: Active

Dated: 11/16/15     Clerk's signature: [signature]

**Order**

Dated: 11-16-15

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge