```
            UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                   HOUSTON DIVISION
```

Graduate Medical Education §
Development LLC §
§
    Plaintiff §
§
V. §
§        CA-15-2641
St. George's University §
LLC et al, 

    Defendants

### NOTICE OF SETTING HEARING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

PLACE:    BOB CASEY FEDERAL BUILDING
          515 RUSK
          HOUSTON, TEXAS 77002
          COURTROOM 700, 7th Floor

**DATE:**    January 12, 2016

TIME:    **10:00 A.M.**

TYPE OF PROCEEDING: Motion Hearing.
          Motion for Leave #36

**OUT OF TOWN COUNSEL MAY APPEAR BY TELEPHONE. PLEASE CALL 1-857-216-6700. CONFERENCE CODE: 803530**

NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE        DATE:01.05.2016

/S/ Shannon Jones
(BY) DEPUTY CLERK
TO: ALL PARTIES OF RECORD