**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| GRADUATE MEDICAL EDUCATION | § | |
| DEVELOPMENT, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 4:15-cv-02641 |
| | § | |
| | § | JURY TRIAL DEMANDED |
| ST. GEORGE'S UNIVERSITY, LTD; | § | |
| ST. GEORGE'S UNIVERSITY, LLC; | § | |
| ST. GEORGE'S UNIVERSITY SCHOOL | § | |
| OF MEDICINE, INC; and | § | |
| UNIVERSITY SUPPORT SERVICES, LLC | § | |
| | § | |
| Defendants | § | |
| | § | |

## NOTICE OF APPEARANCE OF CHRISTOPHER L. GADOURY AND REQUEST FOR SERVICE

Please take notice that Graduate Medical Education Development, LLC ("Plaintiff"), files

this Notice of Appearance of Christopher L. Gadoury and Request for Service, and respectfully

requests that all notices given or required to be given in these proceedings, and all papers served

or required to be served in the proceeding, be served upon the undersigned at the office, postal

address, telephone number, and facsimile numbers listed as follows:

Christopher L. Gadoury
The Lanier Law Firm, P.C.
6810 FM 1960 West
Houston, Texas  77069
Telephone:  (713) 659-5200
Facsimile:   (713) 659-2204
chris.gadoury@lanierlawfirm.com

Dated:  January 6, 2016

Respectfully submitted,


**THE LANIER LAW FIRM, P.C.**


By: *W. Mark Lanier*
W. Mark Lanier
State Bar No. 11934600
wml@lanierlawfirm.com
Eugene R. Egdorf
State Bar No. 06479570
gene.egdorf@lanierlawfirm.com
Christopher L. Gadoury
State Bar No. 24034448
chris.gadoury@lanierlawfirm.com
Jonathan P. Wilkerson
State Bar No. 24050162
jonathan.wilkerson@lanierlawfirm.com
Ryan D. Ellis
State Bar No. 24087470
ryan.ellis@lanierlawfirm.com

6810 FM 1960 West
Houston, TX 77069
Telephone:  713-659-5200
Facsimile:   713-659-2204

*ATTORNEYS FOR PLAINTIFF GRADUATE MEDICAL*
*EDUCATION DEVELOPMENT, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 6, 2016, I served a true and correct copy of the foregoing via the Court's ECF system on all parties that have consented to such service.


*/s/  W. Mark Lanier*
W. Mark Lanier