```
                UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                       HOUSTON DIVISION
```

Graduate Medical Education §
Development, LLC §
§
    Plaintiff §
§
V. §
§        CA-15-2641
St. George's University, LLC §
et al

    Defendants

### NOTICE OF RESETTING HEARING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

PLACE:      BOB CASEY FEDERAL BUILDING
             515 RUSK
             HOUSTON, TEXAS  77002
             COURTROOM 700, 7th Floor

**DATE:**      January 21, **2016**

TIME:      **10:00 A.M.**

TYPE OF PROCEEDING: Motion Hearing.
                    Motion for Leave #36

**OUT OF TOWN COUNSEL MAY APPEAR BY TELEPHONE. PLEASE CALL 1-857-216-6700. CONFERENCE CODE: 803530**

NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE        DATE:01.07.2016

/S/ Shannon Jones
(BY) DEPUTY CLERK
TO: ALL PARTIES OF RECORD