Case 4:15-cv-02641 Document 58 Filed in TXSD on 06/21/16 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 21, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRADUATE MEDICAL EDUCATION DEVELOPMENT, LLC | § § § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO.: 4:15-cv-02641 |
| | § | JURY TRIAL DEMANDED |
| ST. GEORGE'S UNIVERSITY, LTD; ST. GEORGE'S UNIVERSITY, LLC; ST. GEORGE'S UNIVERSITY SCHOOL OF MEDICINE, INC; and UNIVERSITY SUPPORT SERVICES, LLC | § § § § § § | |
| Defendants | § § | |

**[PROPOSED] ORDER ON PLAINTIFF GRADUATE MEDICAL EDUCATION DEVELOPMENT, LLC'S MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL RELATED TO PLAINTIFF'S SUPPLEMENTAL RESPONSE IN OPPOSITION TO DEFENDANTS' RULE 12(b)(2) MOTION**

Came on to be heard Plaintiff's Motion for Leave to File Certain Documents Under Seal Related to Plaintiff's Supplemental Response in Opposition to Defendants' Rule 12(b)(2) Motion. After consideration, the Court is of the opinion that said motion is GRANTED.

SIGNED this 21 day of June, 2016.

_____
HONORABLE U.S. ~~DISTRICT~~ JUDGE
Magistrate